Concur —
Eager, J. P., Steuer, Capozzoli, Rabin and McGivern, JJ.

RICHARD J. TAPLINGER, Appellant, v. KATE E. TAPLINGER, Respondent.

Concur — Eager, J. P.,
Tilzer, Rabin, McNally and Witmer, JJ.

ANNE H. SCAPOLITO, Respondent-Appellant, v. GEORGE W. SCAPOLITO, Appellant-Respondent.

Concur — Stevens, J. P., Capozzoli, Tilzer
and Witmer, JJ.

STANDARD KOLLSMAN INDUSTRIES, INC., Plaintiff, and KOLLSMAN INSTRUMENT CORPORATION, Appellant, v. SPHERE BROKERAGE, INC., et al., Respondents.

Concur —
Steuer, J. P., Capozzoli, McNally, McGivern and Witmer, JJ.

HAROLD LEON et al., Respondents, v. HERBERT P. GLASER, Respondent-Appellant, FRIEDA GLASER, Individually and as Trustee under an Indenture of Trust Made by HERBERT P. GLASER, Respondent, and WALTER GLASER et al., Appellants-Respondents.

834

Concur — Stevens, J. P., Eager, Tilzer, Rabin and McGivern, JJ.

In the Matter of RALPH F. QUINN, et al., Respondents, v. JAMES L. MARCUS, as Commissioner of the Department of Water Supply, Gas and Electricity of the City of New York, Appellant.

Concur — Stevens, J. P., Eager, Steuer, Capozzoli and McGivern, JJ.

WALTER GLASER et al., Appellants-Respondents, v. HAROLD LEON et al., Respondents, and HERBERT P. GLASER, Respondent-Appellant.

Concur — Stevens, J. P., Eager, Tilzer, Rabin and McGivern, JJ.